**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6239**

———————

RAPHAEL MENDEZ,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; BUTNER FEDERAL
MEDICAL CENTER,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief
District Judge.  (CA-04-90)

———————

Submitted:  April 14, 2005          Decided:  April 21, 2005

———————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Raphael Mendez, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raphael Mendez appeals a district court order and judgment denying his petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and the district court's order and affirm for the reasons stated by the district court. See Mendez v. United States, CA-04-90 (E.D.N.C. Jan. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED